UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KW BOATS f/k/a KENWAY CORP., et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL NO. 1:22-cv-00088-GZS |
| ASSOCIATED INDUSTRIES INSURANCE COMPANY INC, | ) |
| Defendant. | ) |

**PLAINTIFFS CONSENTED-TO MOTION TO EXTEND
THE DEADLINE FOR FILING STIPULATION OF DISMISSAL**

Plaintiffs KW Boats f/k/a Kenway Corp, et al. ("Plaintiffs"), by and through its attorneys, hereby moves the Court for an enlargement of time to file a Stipulation of Dismissal in the above matter as set forth in Document 14, and states as follows:

1. Since the last request for extension, all settlement documents have been signed and exchanged.

2. The current deadline to file the stipulation of dismissal is July 22, 2022.

3. The parties require additional time for the Parties to complete the requirements of the settlement agreement, including ensuring the settlement funds are disbursed prior to the stipulation of dismissal being filed.

4. The Defendant, through its respective counsel, consents to this Motion.

THEREFORE, Plaintiffs respectfully request that the Court extend the deadline set forth in Document 14 to file a stipulation of dismissal in the above matter to and until August 19, 2022.

DATED at Portland, Maine this 21st day of July 2022.

          /s/ *Asha A. Echeverria*
Asha A. Echeverria, Esq., Bar No. 4165

Bernstein Shur
100 Middle Street; PO Box 9729
Portland, ME 04104-5029
207-774-1200
aecheverria@bernsteinshur.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the date stated above I electronically filed this document with the Clerk of the Court using the CM/ECF system that will send notification of such filing(s) to all attorneys of record.

                                                  */s/ Asha A. Echeverria*
                                                Asha A. Echeverria, Esq.