UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KW BOATS (f/k/a KENWAY CORP.), et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,<br><br>　　　　Defendant. | Civil No. 1:22-cv-00088-GZS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all parties to this case hereby stipulate that the above-captioned case is hereby dismissed with prejudice and without costs or attorney's fees to any party.

Date:  8.16.22     /s/ Asha A. Echeverria
　　　　　　　　　　Asha A. Echeverria, Esq.
　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　Bernstein Shur
　　　　　　　　　　100 Middle Street, PO Box 9729
　　　　　　　　　　Portland, ME 04104-5029
　　　　　　　　　　(207) 774-1200
　　　　　　　　　　aecheverria@bernsteinshur.com

Date:  8.16.22     /s/ John J. Wall, III
　　　　　　　　　　John J. Wall, III, Esq.
　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　Monaghan Leahy, LLP
　　　　　　　　　　95 Exchange Street, P.O. Box 7046
　　　　　　　　　　Portland, ME 04112-7046
　　　　　　　　　　(207) 774-3906
　　　　　　　　　　jwall@monaghanleahy.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I electronically filed **Stipulation of Dismissal with Prejudice** using the CM/ECF system, which will provide notice to me and the other counsel of record.

Dated at Portland, Maine this 16th day of August, 2022.

                          Attorneys for Defendant
                          MONAGHAN LEAHY, LLP
                          95 Exchange Street, P.O. Box 7046
                          Portland, ME 04112-7046
                          (207) 774-3906
                          jwall@monaghanleahy.com

      BY:     /s/ John J. Wall, III
                    John J. Wall, III